People v Gantt (2024 NY Slip Op 04916)

People v Gantt

2024 NY Slip Op 04916

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Manzanet-Daniels, J.P., Singh, Mendez, Rosado, O'Neill Levy, JJ. 

Ind. No. 993/18 Appeal No. 2752 Case No. Case No. 2019-03404 

[*1]The People of the State of New York, Respondent,
v
Anthony Gantt, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Anju Alexander of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew J. Loizides of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Marsha Michael, J.), rendered April 11, 2019, convicting defendant, upon his guilty plea, of attempted criminal possession of a weapon in the second degree, and sentencing him to five years of probation, unanimously affirmed.
Defendant's assertion that his waiver of the right to appeal was not made knowingly, intelligently, and voluntarily is unavailing. "[I]n determining whether the record demonstrates that a defendant understood an appeal waiver's consequences, proper considerations include the defendant's consultation with counsel and on-the-record acknowledgments of understanding, a written appeal waiver that supplements or clarifies the court's oral advice, and defendant's experience with the criminal justice system" (People v Thomas, 34 NY3d 545, 560 [2019], cert denied 589 US __ [2020]). Here, the court's oral colloquy and a detailed written waiver that defendant signed after consultation with his counsel satisfied the requirements of a valid waiver (id.).
Accordingly, this valid waiver forecloses review of the denial of defendant's motion for a suppression hearing. We further note that defendant has completed his sentence as of this appeal, and thus any challenge to his sentence is rendered moot (People v Alexander, 148 AD3d 521, 522 [1st Dept 2017]). THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 8, 2024